IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 0 8 2002
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| CHRISTOPHER TODD WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-98-1714-T |
| MIKE MULLIN[1], | ) |
| Defendant. | ) |

**DOCKETED**

## JUDGMENT

Pursuant to the Order entered following the Court's receipt of *Petitioner's Objection to Report and Recommendation*, the Court finds Petitioner's requests for habeas relief and an evidentiary hearing contained in his *Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254* should be denied. Judgment is hereby entered in Respondent's favor on all Petitioner's claims.

Entered this 8 day of August, 2002.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON 8-8-02

---

[1] The original style of this case named Gary Gibson as the Respondent. However, effective March 25, 2002, Mike Mullin became Warden of the Oklahoma State Penitentiary. Accordingly, pursuant to Fed.R.Civ.P. 25(d)(1), Mike Mullin has been substituted as Respondent in this case.